IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02981-LTB

DORIAN TORREZ,

    Applicant,

v.

ADAMS COUNTY SHERRIFFS [sic] OFFICE,
[ADAMS COUNTY] COMMISIONER [sic], and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on December 28, 2012, it is hereby

ORDERED that Judgment is entered in favor of Respondents and against Applicant.

DATED at Denver, Colorado, this 28 day of December, 2012.

    FOR THE COURT,

    JEFFREY P. COLWELL, Clerk


    By: s/ S. Grimm
        Deputy Clerk